Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Jaime Ritton, State Bar No. 303483
jritton@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371

John A.V. Nicoletti, *pro hac vice*
jnicoletti@nicolettihornig.com
Nooshin Namazi, *pro hac vice*
nnamazi@nicolettihornig.com
Kevin J.B. O'Malley, *pro hac vice*
komalley@nicolettihornig.com
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza, 88 Pine Street
New York, New York 10005
Tel: (212) 220-3830

Shari L. Klevens, *pro hac vice*
shari.klevens@dentons.com
Alanna Clair, *pro hac vice*
alanna.clair@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY



THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION,<br><br>Defendants. | Case No. 3:24-cv-02733-JSC<br><br>**NOTICE OF MOTION AND MOTION FOR ISSUANCE OF LETTERS ROGATORY TO CENTRAL AUTHORITIES OF THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND AND THE REPUBLIC OF TÜRKIYE**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Complaint Filed: May 7, 2024 |
| CHEVRON U.S.A. INC. et al.,<br><br>Defendants/Counterclaim Plaintiffs,<br>v.<br><br>ROYAL AND SUN ALLIANCE INSURANCE LTD.; et al.,<br>Counterclaim Defendants. | |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

**TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, as attorneys for the Plaintiffs/Counterclaim Defendants, at Courtroom 8, 19th Floor, of the U.S. District Court for the Northern District of California, 450 Golden Gate, San Francisco, California, at 9:30 a.m. on March 6, 2025, or as soon thereafter as counsel may be heard before the Honorable Jacqueline Scott Corley, the Plaintiffs/Counterclaim Defendants will move this Court for an order directing commissions issue to the central authorities designated by the United Kingdom of Great Britain and Northern Ireland and the Republic of Türkiye to receive Letters of Request, Letters Rogatory, and Commissions to obtain evidence pursuant to 28 U.S.C. § 1781 and The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters and FRCP Rule 28(b)(2), Rule 28(b)(3), and Rule 28(b)(4), or permitting the production of documents on notice before a person authorized to administer oaths pursuant to FRCP Rule 28(b)(3) for (1) the production of certain documents from and to depose a principal of The West of England Ship Owners Mutual Insurance Association (Luxembourg) in London, England, located at One Creechurch Place, Creechurch Lane, London, EC3A 5AF (Tel: +44 20 7716 6038), to support the claims and defenses asserted in the Plaintiffs/Counterclaim Defendants' First Amended Complaint (ECF No. 2) and the Answer to the Counterclaim (ECF No. 28), and (2) the production of certain documents from and to depose a principal of Genel Denizcilik Nakliyati, A.Ş. of Istanbul, the Republic of Türkiye, located at Kat 18, Blok 1/A, Plaza A, Comert Sokak, Levent Mahallesi, Besiktas, Istanbul, the Republic of Türkiye, to support the claims and defenses asserted in the Plaintiffs/Counterclaim Defendants' First Amended Complaint (ECF No. 2) and the Answer to the Counterclaim (ECF No. 28), and for such other and further relief as justice may require and the Court may see fit to grant.

The Motion will be based on all proceedings in this case and on the declaration of John A.V. Nicoletti, and upon all other submissions that may be presented at or before the hearing on this motion.

Dated: January 28, 2025

NICOLETTI HORNIG & SWEENEY

By: */s/ John A.V. Nicoletti*
John A.V. Nicoletti, *pro hac vice*
Nooshin Namazi, *pro hac vice*
Kevin J.B. O'Malley, *pro hac vice*

- and -

MOUND COTTON WOLLAN & GREENGRASS LLP
Jonathan Gross
Jaime Ritton

- and -

DENTONS US LLP
Shari L. Klevens, *pro hac vice*
Alanna Clair, *pro hac vice*

Attorneys for Plaintiffs/Counterclaim Defendants ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

**MEMORANDUM OF POINTS AND AUTHORITIES**

ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY ("Plaintiffs/Counterclaim Defendants") submit this memorandum in support of this motion for issuance of Letters Rogatory.

## I. INTRODUCTION

Pursuant to 28 U.S.C. § 1781 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S 231 ("Hague Evidence Convention"), Plaintiffs/Counterclaim Defendants respectfully request this Court to issue a Letter Rogatory (or a Letter of Request, attached hereto as EXHIBIT A) for third-party The West of England Ship Owners Mutual Insurance Association (Luxembourg) ("West of England") by Chris Edwards in the United Kingdom of Great Britain and Northern Ireland for production of certain documents and communications and deposition testimony, concerning the seizure of the vessel "ADVANTAGE SWEET" and her cargo in April of 2023 by Iranian authorities; and a Letter Rogatory (or a Letter of Request, attached hereto as EXHIBIT B) for third-party Genel Denizcilik Nakliyati, A.Ş. ("Turkish Management Company") in the Republic of Türkiye for production of certain documents and communications and deposition testimony, concerning the seizure of the vessel "ADVANTAGE SWEET" and her cargo in April of 2023 by Iranian authorities.

## II. LEGAL STANDARD

"A letter rogatory is a formal request sent by a court to a foreign court [among others] asking that the testimony of a witness residing within that foreign court's jurisdiction be taken pursuant to the direction of that foreign court and transmitted to the requesting court for use in a pending action." *Barnes & Noble, Inc. v. LSI Corp.*, No. C-11-02709 EMC (LB), 2012 WL 1808849, at *1 (N.D. Cal. May 17, 2012). "A letter rogatory may also include requests for documents." *Largan Precision Co., Ltd. v. Motorola Mobility LLC*, No. 21-CV-09138-JSW (DMR), 2024 WL 4200562, at *2 (N.D. Cal. Sept. 16, 2024) (citing *United States v. Reagan*, 453 F.2d 165, 168 (6th Cir. 1971) (affirming district court's issuance of letters rogatory seeking documents from investigation conducted by German authorities)); *Asis Internet Services v. Optin Glob., Inc.*, No. C-05-05124 JCS, 2007 WL 1880369,

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

at *3 (N.D. Cal. June 29, 2007); *Dish Network L.L.C. v. Jadoo TV, Inc.*, No. 20-CV-01891-CRB(LB), 2020 WL 6528425, at *2 (N.D. Cal. June 29, 2020). It has long been held that courts have the "inherent power to issue letters rogatory" and have discretion in determining whether to issue such a letter. *United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958). Furthermore, according to this Court, "[w]hen determining whether to exercise its discretion, a court will generally not weigh the evidence sought from the discovery request nor will it attempt to predict whether that information will actually be obtained." *Int'l Swimming League, Ltd. v. Fédération Internationale De Natation*, No. 18-CV-07393-JSC, 2020 WL 6875034, at *1 (N.D. Cal. Nov. 23, 2020) (quoting *Asis*, 2007 WL 1880369, at *3). According to the Federal Rules of Civil Procedure, "[a] deposition may be taken in a foreign country under a letter of request, whether or not captioned a 'letter rogatory.' " *See* Fed. R. Civ. P. 28(b)(1)(B). In connection with Rule 28(b)(1)(B), "[t]he Department of State has power, directly, or through suitable channels … to receive a letter rogatory issued, or request made, by a tribunal in the United States, to transmit it to the foreign or international tribunal, officer, or agency to whom it is addressed, and to receive and return it after execution." 28 U.S.C. § 1781(a)(2).

The United States, the United Kingdom of Great Britain and Northern Ireland, and the Republic of Türkiye are signatories to the Hague Evidence Convention, which serves as mechanism for obtaining evidence abroad in civil matters. Hague Evidence Convention, 23 U.S.T 2555, Art. 42 (listing the United Kingdom of Great Britain and Northern Ireland and the Republic of Türkiye as signatories to the convention).

## III. <u>ARGUMENT</u>

This is an insurance coverage dispute regarding cargo (crude oil) belonging to Defendant/Counterclaim Plaintiff Chevron, which was being transported on a ship called the ADVANTAGE SWEET and seized by officials from the Iranian government in April 2023. Plaintiffs/Counterclaim Defendants have maintained that such a seizure was not covered by the Policies at issue because (1) the policies at issue expressly exclude coverage for "capture, seizure, arrest restraint, detainment, [or] confiscation" of goods; and (2) the policies' coverage applies to "warlike operations" or "prosecution of hostilities or in the application of sanctions under

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

international agreements," and Iran's seizure of Chevron's goods does not fall into these categories. Thus, discovery regarding the actual event of seizure of Chevron's crude oil, in addition to the aftermath of that seizure, is relevant to the key coverage provisions at issue. Here, Plaintiffs/Counterclaim Defendants seek discovery of the P&I Club that insured the liabilities of ADVANTAGE SWEET ship (West of England, located in the U.K.), as well as that vessel's management company (Genel Denizcilik Nakliyati, A.Ş.), located in the Republic of Türkiye.

**West of England**

Owners of vessels, such as the ADVANTAGE SWEET, have their and the vessel's potential liabilities insured through memberships in Protection and Indemnity Clubs ("P&I Club"). West of England is the P&I Club for the vessel ADVANTAGE SWEET. (*See* EXHIBIT 1 to the Nicoletti Declaration, Intertanko Chartering Questionnaire 88, ¶ 1.14-15).

It is expected that West of England would have received notice of the seizure of the ADVANTAGE SWEET and would have then retained surveyors, negotiators, agents, etc., to navigate, investigate, and manage the loss. The common practice would be for the ADVANTAGE SWEET to contact and communicate with West of England by radio, e-mail, and/or text as the events were unfolding and report in real-time. These communications and documents are expected to provide important factual information about the events surrounding the initial seizure of the ADVANTAGE SWEET by the Iranian authorities. Moreover, it is also expected that, sometime after the seizure, the Iranian authorities were in contact with West of England and/or the Manager of The ADVANTAGE SWEET (the other subject of this requested discovery) to negotiate the release of the vessel. It is expected that the negotiations were conducted, at least in part, by exchange of writings that are expected to be in West of England's possession. To the extent there were face-to-face conversations, the substance of those discussions may have been memorialized in writings, or, at a minimum, would be an appropriate subject for deposition testimony. All of these communications and documents should reveal the reasons/motive and nature of the seizure, including the underlying facts.

Plaintiffs/Counterclaim Defendants' proposed Letter Rogatory (*see* EXHIBIT A) conforms with all necessary formalities pursuant to Article 3 of the Hague Evidence Convention. The United Kingdom of Great Britain and Northern Ireland allows for the issuance of letters rogatory in the furtherance of obtaining information for pre-trial discovery under Article 23 of the Hague Evidence Convention.

Because the requested letter rogatory would allow for efficient information-gathering processes on the international level of key discovery, the Motion for Issuance of Letter Rogatory to the Central Authority of the United Kingdom of Great Britain and Northern Ireland should be granted.

**The Turkish Manager Of The ADVANTAGE SWEET**

The Turkish Management Company is the entity in control of the day-to-day operations of the vessel. (*See* EXHIBIT 1 to the Nicoletti Declaration, Intertanko Chartering Questionnaire 88, ¶ 1.11; *and see* EXHIBIT 2 to the Nicoletti Declaration, Management Detail for ADVANTAGE SWEET from Equasis.org at https://www.equasis.org/EquasisWeb/restricted/ShipInfo?fs=Search (last updated Jan. 16, 2025)). The ADVANTAGE SWEET's documents and testimony from the Turkish manager are expected to establish the Turkish Management Company's actions during and in the aftermath of the seizure, including the negotiations by the manager with the Iranian authorities for the release of the ADVANTAGE SWEET and the authority of the Turkish Management Company to so act. In addition, it is expected that the ADVANTAGE SWEET's management company, as well as the master, officers, and crew, may have had communication capabilities beyond radio communication, such as e-mail and text capabilities. Communications from sources on the vessel prior to, during and subsequent to the seizure of the ADVANTAGE SWEET are expected to be by text, or otherwise, with the Iranian authorities and/or the P&I Club and are expected to demonstrate the circumstances surrounding the seizure and the follow-on negotiations with the Iranian authorities.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

Plaintiffs/Counterclaim Defendants' proposed Letter Rogatory (*see* EXHIBIT B) conforms with all necessary formalities pursuant to Article 3 of the Hague Evidence Convention. The Republic of Türkiye allows for the issuance of letters rogatory in the furtherance of obtaining information for pre-trial discovery under Article 23 of the Hague Evidence Convention.

Because the requested letter rogatory would allow for efficient information-gathering processes on the international level, the Motion for Issuance of Letter Rogatory to the Central Authority of the Republic of Türkiye should be granted.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs/Counterclaim Defendants respectfully request that the Court sign the Letters Rogatory and have the clerk authenticate the Court's signature by affixing the Court's seal thereto. Plaintiffs/Counterclaim Defendants further request that Letters Rogatory be transmitted directly from the Court to the Central Authority of the United Kingdom of Great Britain and Northern Ireland and the Central Authority of the Republic of Türkiye, as required under the Hague Evidence Convention.

Dated: January 28, 2025

NICOLETTI HORNIG & SWEENEY

By: */s/ John A.V. Nicoletti*
John A.V. Nicoletti, *pro hac vice*
Nooshin Namazi, *pro hac vice*
Kevin J.B. O'Malley, *pro hac vice*

- and -

MOUND COTTON WOLLAN & GREENGRASS LLP
Jonathan Gross
Jaime Ritton

- and -

DENTONS US LLP
Shari L. Klevens, *pro hac vice*
Alanna Clair, *pro hac vice*

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

TO:

Anthony P. Tatum
Mikaela Whitman
Kelsey D. Haines
Jenny Yi
Dylan M. Bensinger
MCGUIREWOODS, LLP
1075 Peachtree Street, N.E.
Atlanta, Georgia 30309-3900
Tel: (404) 443-5734
Fax: (404) 443-5784
Emails: ttatum@mcguirewoods.com
mwhitman@mcguirewoods.com
khaines@mcguirewoods.com
jyi@mcguirewoods.com
dbensinger@mcguirewoods.com

James Koelzer
Partner
CLYDE & CO. US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Tel: (213) 358-7620
Fax: (213) 358-7650
Email: james.koelzer@clydeco.us