MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

# EXHIBIT A

Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Jaime Ritton, State Bar No. 303483
jritton@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371

John A.V. Nicoletti, *pro hac vice*
jnicoletti@nicolettihornig.com
Nooshin Namazi, *pro hac vice*
nnamazi@nicolettihornig.com
Kevin J.B. O'Malley, *pro hac vice*
komalley@nicolettihornig.com
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza, 88 Pine Street
New York, New York 10005
Tel: (212) 220-3830

Shari L. Klevens, *pro hac vice*
shari.klevens@dentons.com
Alanna Clair, *pro hac vice*
alanna.clair@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION,<br><br>Defendants.<br>———<br>CHEVRON U.S.A. INC. et al.,<br><br>Defendants/Counterclaim Plaintiffs,<br>v.<br><br>ROYAL AND SUN ALLIANCE INSURANCE LTD.; et al.,<br>Counterclaim Defendants. | Case No. 3:24-cv-02733-JSC<br><br>**REQUEST TO THE CENTRAL AUTHORITY IN UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS (LETTER ROGATORY) – THE WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBOURG)**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Complaint Filed: May 7, 2024 |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, UNITED STATES OF AMERICA presents its compliments to the Central Authority of the United Kingdom of Great Britain and Northern Ireland and the undersigned Hon. Jacqueline Scott Corely respectfully requests you, the Central Authority of the United Kingdom of Great Britain and Northern Ireland, to cause the testimony to be taken of and the production of documents from The West of England Ship Owners Mutual Insurance Association (Luxembourg) for use as evidence at trial in this matter, as more fully explained herein, pursuant to the provisions of the Hague Convention on the Taking of Evidence in Civil or Commercial Matters ("Hague Evidence Convention").

Pursuant to Article 3 of the Hague Evidence Convention, the undersigned respectfully submits the following:

1. Sender:

United States District Court for the Northern District of California
The Honorable Jacqueline Scott Corely

2. Central Authority of the Requested State:

The Senior Master
For the attention of the Foreign Process Section
Room E16
Royal Courts of Justice
Strand
London WC2A 2LL

3. Person to whom the executed request is to be returned:

Andrew Nicholas
Clyde & Co LLP
3 London Square
Cross Lanes
Guilford, Surrey GU1 1UJ GB, UK
Tel: +44-207-876-5000
Fax: +44-207-876-5120

and

Jonathan Gross
Jaime Ritton
Mound Cotton Wollan & Greengrass LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371
Fax: (510) 900-9381
Email: jgross@moundcotton.com; jritton@moundcotton.com

John A.V. Nicoletti
Managing Partner
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
Website: www.nicolettihornig.com

Shari L. Klevens
Alanna Clair
Dentons US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500
Email: shari.klevens@dentons.com; alanna.clair@dentons.com

4. The date by which the requesting authority requires receipt of the response to the letter of request: April 7, 2025.

5. Requesting judicial authority (Article 3(a)):

United States District Court for the Northern District of California
by The Honorable Jacqueline Scott Corley

6. The competent authority requested to execute this letter of request:

The Senior Master
For the attention of the Foreign Process Section
Room E16
Royal Courts of Justice
Strand
London WC2A 2LL

7. Case name(s) and identifying case number:

ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY v. CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION

Case No. 3:24-cv-02733-JSC

8. Names and addresses of the parties and their representatives (including representatives in the requested state) (if applicable) (Article 3(b)):

(a) Plaintiffs/Counterclaim Defendants:

ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY

(b) Plaintiffs/Counterclaim Defendants' representative:

Jonathan Gross
Jaime Ritton
Mound Cotton Wollan & Greengrass LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371
Fax: (510) 900-9381
Email: jgross@moundcotton.com; jritton@moundcotton.com

John A.V. Nicoletti
Managing Partner
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
Website: www.nicolettihornig.com

Shari L. Klevens
Alanna Clair
Dentons US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500
Email: shari.klevens@dentons.com; alanna.clair@dentons.com

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

(c) Defendants/Counterclaim Plaintiffs:

CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION

(d) Defendants/Counterclaim Plaintiffs' representative:

Anthony P. Tatum
McGuireWoods, LLP
1075 Peachtree Street, N.E.
Atlanta, Georgia 30309-3900
Tel: (404) 443-5734
Fax: (404) 443-5784
Email: ttatum@mcguirewoods.com

(e) Other parties: Royal and SunAlliance Insurance Ltd., et al.

(f) Representative of other parties:

James Koelzer
Partner
Clyde & Co. US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Tel: (213) 358-7620
Fax: (213) 358-7650
Email: james.koelzer@clydeco.us

9. Nature of the proceedings:

Declaratory Judgment on Marine Insurance and War Risk Policies issued to Defendants/Counterclaim Plaintiffs by Plaintiffs/Counterclaim Defendants. This case presents an insurance coverage dispute governed by the general maritime law of the United States of America arising out of Iranian authorities' seizure and confiscation of an oil tanker by the name of M.V. ADVANTAGE SWEET and approximately $56 million in crude oil. The oil tanker, the ADVANTAGE SWEET, was transporting Chevron's oil in the Gulf of Oman in April 2023 when it was seized.

10. Identity and address of any person to be examined:

Chris Edwards – Head of Claims (People Team)
One Creechurch Place
Creechurch Lane
London EC3A 5AF
Tel: +44 20 7716 6038
Cell: +44 7989 137355
Email: Chris.Edwards@Westpandi.com

11. As used herein, the terms set forth below shall have the meaning or meanings prescribed for them:

(a) **ADVANTAGE SWEET**. The term "**ADVANTAGE SWEET**" means the vessel M.V. ADVANTAGE SWEET.

(b) **All/Any/Each**. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

(c) **And/Or**. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

(d) **CHEVRON**. The term "**CHEVRON**" means Chevron Corporation, Chevron Oronite, Chevron U.S.A. Inc., Chevron Products Company and/or their or any of their divisions, subsidiaries, affiliates and/or joint ventures, including any of their respective officers, directors, employees, partners, corporate parent, subsidiaries, affiliates, and representative of and/or all others acting on behalf of or within the control of the business entities enumerated.

(e) **COMMUNICATIONS**. The term "**COMMUNICATIONS**" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise). The term includes, but is not limited to, electronic mail, voice mail, text messages, WhatsApp messages, instant messages (IMs), letters, facsimiles, handwritten notes, typewritten notes, voice notes, memoranda and messages.

(f) **CONCERNING**. The term "concerning" means relating to, reflecting, sufficient to show, referring to, describing, evidencing or constituting.

(g) **DISPONENT OWNERS.** The term "Disponent Owners" means Trafigura Maritime Logistics Pte Ltd. and its officers, directors, employees, partners, corporate parent, subsidiaries, affiliates and representatives of and/or all others acting on its behalf of or within its control.

(h) **DOCUMENTS**. The term "**DOCUMENTS**" means documents or electronically stored information — including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations — stored in any medium. A draft or non-identical copy is a separate document within the meaning of this term.

(i) **EXCESS UNDERWRITERS**. The term "**EXCESS UNDERWRITERS**" means (a) Counterclaim Defendants Royal and Sun Alliance Insurance Ltd.; Lloyd's Underwriter Syndicate No. 1414 ASC; Lloyd's Underwriter Syndicate No. 1225 AES; Lloyd's Underwriter Syndicate No. 2232 AWH; Lloyd's Underwriter Syndicate No. 1274 AUL; Lloyd's Underwriter Syndicate No. 0609 AUW; Lloyd's Underwriter Syndicate No. 2987 BRIT; Lloyd's Underwriter Syndicate No. 4444 CNP; Lloyd's Underwriter Syndicate No. 2488 CGM; Lloyd's Underwriter Syndicate No. 3000 MKL; Navium Marine Limited and their representatives; and Fidelis Underwriting

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

Limited and (b) the underwriters subscribing to the **EXCESS POLICY** and their representatives.

(j) **GREAT AMERICAN**. The term "**GREAT AMERICAN**" means Great American Insurance Company and its representatives.

(k) **LIBERTY**. The term "**LIBERTY**" means Liberty Mutual Insurance Company and its representatives.

(l) **MANAGERS**. The term "Managers" means Genel Denizcilik Nakliyati A.Ş. and its officers, directors, employees, partners, corporate parent, subsidiaries, affiliates and representatives of and/or all others acting on its behalf of or within its control.

(m) **MARSH**. The term "**MARSH**" means Marsh Inc., Marsh Risk & Insurance Services, Marsh U.S.A. Inc., and Marsh McLennan Agency, and any of their parents, subsidiaries, affiliates, successors, officers, directors, employees and agents.

(n) **PERSON**. The term "**PERSON**" means any individual, partnership, corporation, limited liability company, unincorporated association, union or society, municipal organization of any kind, or government entity of any kind.

(o) **The P&I Club for the VESSEL**. The phrase "**the P&I Club for the VESSEL**" means (a) The West of England Ship Owners Mutual Insurance Association (Luxembourg) a/k/a West of England, (b) any other insurer or mutual association that provides a form of indemnity and/or liability insurance for the Vessel or the Vessel's owners, charterers, operators or managers and (c) any correspondent or representative of (a) and (b).

(p) **REGISTERED OWNERS**. The term "Registered Owners" means SPDBFL No. One Hundred and Eighty-Seven (Tianjin) Ship Leasing Company Limited and its officers, directors, employees, partners, corporate parent, subsidiaries, affiliates and representatives of and/or all others acting on its behalf of or within its control.

(q) **SEIZURE**. The term "**SEIZURE**" means (a) the taking, seizure and detention of the **ADVANTAGE SWEET** and the crude oil it was transporting in or about April 2023 in the Persian Gulf and (b) the subsequent confiscation and discharge of the crude oil.

(r) **ZURICH**. The term "**ZURICH**" means Zurich American Insurance Company and its representatives.

12. The person(s) to be examined will be asked the following questions or will be examined on the following subjects:

The **SEIZURE**.

All **DOCUMENTS** concerning the **SEIZURE**.

All internal **COMMUNICATIONS** concerning the **SEIZURE** within **the P&I Club for the Vessel**.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

All external **COMMUNICATIONS** concerning the **SEIZURE** between **the P&I Club for the Vessel** and:

(a) **REGISTERED OWNERS**;

(b) **DISPONENT OWNERS**;

(c) **MANAGERS**;

(d) the **ADVANTAGE SWEET**, including, but not limited to, its master, officers and crew;

(e) **CHEVRON**;

(f) **MARSH**;

(g) **ZURICH**;

(h) **LIBERTY**;

(i) **GREAT AMERICAN**;

(j) **EXCESS UNDERWRITERS**;

(k) the government of the United States of America, including, but not limited to, any department, agency or organization thereof;

(l) any Member of the United States Congress or a Member's staff;

(m) the government of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(n) the judiciary of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(o) the army, navy, armed forces or Islamic Revolutionary Guard Corps (a/k/a the Iranian Revolutionary Guards) of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(p) any member of the legislature of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto, or a member's staff;

(q) the **VESSEL's** owners, charterers, operators, managers or agents;

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

(r) the chartering company broker for the **VESSEL's** owners, charterers, operators or managers;

(s) **CHEVRON's** chartering company broker in connection with the **VESSEL**;

(t) any international organization or nongovernmental organization, including but not limited to the International Maritime Organization;

(u) Embassy of Switzerland – Foreign Interests Section in Tehran, Iran; or

(v) any other **PERSON**.

13. The **DOCUMENTS** requested to be produced are:

All **DOCUMENTS** concerning the **SEIZURE**.

All internal **COMMUNICATIONS** concerning the **SEIZURE** within **the P&I Club for the Vessel**.

All external **COMMUNICATIONS** concerning the **SEIZURE** between **the P&I Club for the VESSEL** and:

(a) **REGISTERED OWNERS**;

(b) **DISPONENT OWNERS;**

(c) **MANAGERS**;

(d) the **ADVANTAGE SWEET**, including, but not limited to, its master, officers and crew;

(e) **CHEVRON**;

(f) **MARSH**;

(g) **ZURICH**;

(h) **LIBERTY**;

(i) **GREAT AMERICAN**;

(j) **EXCESS UNDERWRITERS**;

(k) the government of the United States of America, including, but not limited to, any department, agency or organization thereof;

(l) any Member of the United States Congress or a Member's staff;

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

(m) the government of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(n) the judiciary of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(o) the army, navy, armed forces or Islamic Revolutionary Guard Corps (a/k/a the Iranian Revolutionary Guards) of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto;

(p) any member of the legislature of the Islamic Republic of Iran, including, but not limited to, any official, quasi-official or unofficial department, agency or organization thereof or connected thereto, or a member's staff;

(q) the **VESSEL's** owners, charterers, operators, managers or agents;

(r) the chartering company broker for the **VESSEL's** owners, charterers, operators or managers;

(s) **CHEVRON's** chartering company broker in connection with the **VESSEL**;

(t) any international organization or nongovernmental organization, including but not limited to the International Maritime Organization;

(u) Embassy of Switzerland – Foreign Interests Section in Tehran, Iran; or

(v) any other **PERSON**.

14. The evidence must be given under oath to testify truthfully and under penalty of perjury.

15. Judicial personnel of the requesting authority may be present at the execution of this letter of request (if applicable).

16. All fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Hague Evidence Convention will be borne by

Jonathan Gross
Jaime Ritton
Mound Cotton Wollan & Greengrass LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371
Fax: (510) 900-9381
Email: jgross@moundcotton.com; jritton@moundcotton.com

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

John A.V. Nicoletti
Managing Partner
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com
Website: www.nicolettihornig.com

The United States District Court for the Northern District of California will enforce any right you have to reimbursement.

The Honorable Jacqueline Scott Corley, Judge of the United States District Court for Northern District of California makes this letter of request this _____ day of _____, 2025, Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

______________________________
Jacqueline Scott Corley
United States District Judge
United States District Courthouse
For the Northern District of California

[Seal of the Court]