MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

# EXHIBIT C

Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Jaime Ritton, State Bar No. 303483
jritton@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371

John A.V. Nicoletti, *pro hac vice*
jnicoletti@nicolettihornig.com
Nooshin Namazi, *pro hac vice*
nnamazi@nicolettihornig.com
Kevin J.B. O'Malley, *pro hac vice*
komalley@nicolettihornig.com
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza, 88 Pine Street
New York, New York 10005
Tel: (212) 220-3830

Shari L. Klevens, *pro hac vice*
shari.klevens@dentons.com
Alanna Clair, *pro hac vice*
alanna.clair@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION,<br><br>Defendants. | Case No. 3:24-cv-02733-JSC<br><br>**ORDER**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Complaint Filed: May 7, 2024 |
| CHEVRON U.S.A. INC. et al.,<br><br>Defendants/Counterclaim Plaintiffs,<br>v.<br><br>ROYAL AND SUN ALLIANCE INSURANCE LTD.; et al.,<br>Counterclaim Defendants. | |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

This case was heard on the Motion of the Plaintiffs/Counterclaim Defendants, Zurich American Insurance Company, Liberty Mutual Insurance Company and Great American Insurance Company, and the Declaration of John A. V. Nicoletti, Esq. filed in support of the Motion, for the issuance of commissions for the taking of testimony of and the production of documents from The West of England Ship Owners Mutual Insurance Association (Luxembourg) ("West of England") and Genel Denizcilik Nakliyati, A.Ş., as material witnesses for the Plaintiffs/Counterclaim Defendants, who are located in London, England and Istanbul, the Republic of Türkiye, respectively, and all parties being represented by counsel, the Motion is granted in all respects, and it is:

ORDERED that commissions issue in this case and directed to the central authorities designated by the United Kingdom of Great Britain and Northern Ireland and the Republic of Türkiye requesting that they cause the testimony to be taken of and the production of documents from West of England and Genel Denizcilik Nakliyati, A.Ş., upon notice to the Defendants and as prayed for in the Motion.

IT IS FURTHER ORDERED that due notice of the time and place for the production of documents and the deposition be given to counsel for all parties.

Dated: ____________________
San Francisco, California

______________________________
Jacqueline Scott Corley
United States District Judge
United States District Courthouse
For the Northern District of California