Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Jaime Ritton, State Bar No. 303483
jritton@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371

John A.V. Nicoletti, *pro hac vice*
jnicoletti@nicolettihornig.com
Nooshin Namazi, *pro hac vice*
nnamazi@nicolettihornig.com
Kevin J.B. O'Malley, *pro hac vice*
komalley@nicolettihornig.com
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza, 88 Pine Street
New York, New York 10005
Tel: (212) 220-3830

Shari L. Klevens, *pro hac vice*
shari.klevens@dentons.com
Alanna Clair, *pro hac vice*
alanna.clair@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION,<br><br>Defendants. | Case No. 3:24-cv-02733-JSC<br><br>**DECLARATION OF JOHN A.V. NICOLETTI IN SUPPORT**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Complaint Filed: May 7, 2024 |
| CHEVRON U.S.A. INC. et al.,<br><br>Defendants/Counterclaim Plaintiffs,<br>v.<br><br>ROYAL AND SUN ALLIANCE INSURANCE LTD.; et al.,<br>Counterclaim Defendants. | |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

John A.V. Nicoletti, being duly admitted to practice before this Honorable Court declares under the penalties of perjury as follows:

1. I am the co-counsel for Plaintiffs/Counterclaim Defendants in the above-captioned action.

2. The above-captioned action was commenced on May 7, 2024, and is now pending before this Court and is undetermined.

3. This is an action brought for the purposes of obtaining a declaration that there is no insurance coverage under a certain Marine Cargo Policy (policy no. MMSF23-5033) or a certain War Risk Policy (policy no. MMSF-23-5033) for the losses claimed by the Defendants/Counterclaim Plaintiffs of a shipment of crude oil from Kuwait to Houston, Texas.

4. The defense to this action is set forth in the Defendants/Counterclaim Plaintiffs' Answer and counterclaims and may be summarized as claiming insurance coverage under both of the aforesaid marine insurance policies.

5. The facts and documents that are expected to be produced by principals from the West of England Ship Owners Mutual Insurance Association (Luxembourg) ("West of England") and Genel Denizcilik Nakliyati, A.Ş. are expected to establish or go to establishing that the subject loss of the Defendants/Counterclaim Plaintiffs' shipment of crude oil is not covered under the aforesaid marine insurance policies issued by the Plaintiffs/Counterclaim Defendants.

6. West of England, located at One Creechurch Place, Creechurch Lane, London, EC3A 5AF, Attention: Chris Edwards, is a necessary witness, and upon information and belief, is in possession of certain documents and other evidence, and I am informed and believe that it has personal knowledge of this matter, and is the P&I Club insuring certain liability of the vessel (*see* Intertanko Chartering Questionnaire 88 attached hereto as **EXHIBIT 1**) therefore a necessary and material witness for the Plaintiffs/Counterclaim Defendants in the trial of this action, to prove that there is no insurance coverage for the Defendants/Counterclaim Plaintiffs under the aforesaid marine insurance policies.

7. Genel Denizcilik Nakliyati, A.Ş. of Istanbul, the Republic of Türkiye, located at Kat 18, Blok 1/A, Plaza A, Comert Sokak, Levent Mahallesi, Besiktas, Istanbul, the Republic of Türkiye

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

is the manager of the vessel ADVANTAGE SWEET (*see* **EXHIBIT 1**, Intertanko Chartering Questionnaire 88, ¶ 1.14-15; *and* **EXHIBIT 2**, Management Detail for ADVANTAGE SWEET from Equasis.org at https://www.equasis.org/EquasisWeb/restricted/ShipInfo?fs=Search (last updated Jan. 16, 2025) attached hereto)) a necessary witness, and upon information and belief, is in possession of certain documents and other evidence, and I am informed and believe that it has personal knowledge of this matter, and is therefore a necessary and material witness for the Plaintiffs/Counterclaim Defendants in the trial of this action, to prove that there is no insurance coverage for the Defendants/Counterclaim Plaintiffs under the aforesaid marine insurance policies.

8. A commission for the production of the requested documents and the requested depositions as set forth in the attached Requests for International Judicial Assistance (annexed as **EXHIBITS "A"** and **"B"** to Plaintiffs/Crossclaim Defendants' Motion for Issuance of Letters Rogatory) is necessary as the United Kingdom of Great Britain and Northern Ireland and the Republic of Türkiye may require that such production of documents and depositions be conducted under oath, or before a central authority, as designated under Article 33 of The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, 847 U.N.T.S. 231.

9. A proposed Order reflecting the relief sought in the form of Requests for International Judicial Assistance to the United Kingdom of Great Britain and Northern Ireland and the Republic of Türkiye is annexed as **EXHIBIT "C."**

Dated: January 28, 2025

NICOLETTI HORNIG & SWEENEY

By: */s/ John A. V. Nicoletti*
John A.V. Nicoletti, *pro hac vice*
Nooshin Namazi, *pro hac vice*
Kevin J.B. O'Malley, *pro hac vice*

- and -

MOUND COTTON WOLLAN & GREENGRASS LLP
Jonathan Gross
Jaime Ritton

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

- and -

DENTONS US LLP
Shari L. Klevens, *pro hac vice*
Alanna Clair, *pro hac vice*

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

TO:

Anthony P. Tatum
Mikaela Whitman
Kelsey D. Haines
Jenny Yi
Dylan M. Bensinger
MCGUIREWOODS, LLP
1075 Peachtree Street, N.E.
Atlanta, Georgia 30309-3900
Tel: (404) 443-5734
Fax: (404) 443-5784
Emails: ttatum@mcguirewoods.com
mwhitman@mcguirewoods.com
khaines@mcguirewoods.com
jyi@mcguirewoods.com
dbensinger@mcguirewoods.com

James Koelzer
Partner
CLYDE & CO. US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Tel: (213) 358-7620
Fax: (213) 358-7650
Email: james.koelzer@clydeco.us