UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC., et al.,<br><br>Defendants. | Case No. 24-cv-02733-JSC<br><br>**DISCOVERY ORDER FOLLOWING JULY 30, 2025 CMC** |

1. Chevron and Primary Insurers shall meet and confer on their respective discovery disputes referred to in the joint case management conference statement on August 4 or 5, 2025. Any discovery dispute joint letter related to these disputes shall be filed with the Court by August 8, 2025.

2. Chevron and Excess Insurers shall meet and confer by August 8, 2025 on Chevron's concerns with Excess Insurers response to Chevron's document requests. Any discovery dispute joint letter related to these disputes shall be filed with the Court by August 15, 2025.

3. Chevron shall complete its document production in response to Excess Insurers' document requests by August 15, 2025. Any discovery dispute joint letter arising from that production shall be filed with the Court by August 29, 2025.

4. Before any discovery dispute joint letter may be filed with the Court, the parties must meet and confer by Zoom and the entire meet and confer must be recorded. The parties should be prepared to file the recording with the Court if requested. Each discovery dispute joint letter shall identify the date of the Zoom meet and confer, who attended, and how long it lasted.

5. On or before August 29, 2025, the parties shall jointly submit the fact discovery

deposition schedule.

**IT IS SO ORDERED.**

Dated: July 31, 2025

JACQUELINE SCOTT CORLEY
United States District Judge