Shari L. Klevens, *pro hac vice*
shari.klevens@dentons.com
Alanna Clair, *pro hac vice*
alanna.clair@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, D.C. 20006
Tel: (202) 496-7500

Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel: (510) 900-9371

Joseph Grasso, *pro hac vice*
grasso@grassomoeller.com
GRASSO MOELLER LLC
46 Summit Street
Philadelphia, PA, 19118
Tel: (917) 744-4776

Attorneys for Plaintiffs/Counterclaim Defendants
ZURICH AMERICAN INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371 Facsimile: (510) 900-9381

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZURICH AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

CHEVRON U.S.A. INC. d/b/a Chevron Products Company and CHEVRON CORPORATION,

Defendants.

Case No. 3:24-cv-02733-JSC

**~~[PROPOSED]~~ ORDER GRANTING PRIMARY INSURERS' (UNOPPOSED) MOTION TO VACATE**

*Filed concurrently with Primary Insurers' (Unopposed) Motion to Vacate*

Date: October 8, 2026
Time: 10:00 a.m.
Ctrm: 8

**Judge**: Hon. Jacqueline Scott Corley

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

CHEVRON U.S.A. INC. et al.,

Defendants/Counterclaim Plaintiffs,

v.

ROYAL AND SUN ALLIANCE INSURANCE LTD.; et al.,

Counterclaim Defendants.

**Complaint Filed**: May 7, 2024

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

**~~PROPOSED~~ ORDER**

THIS MATTER comes before this Court upon Primary Insurers' (Unopposed) Motion to Vacate. The Court, having considered Primary Insurers' (Unopposed) Motion to Vacate, all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Primary Insurers' (Unopposed) Motion to Vacate is GRANTED. The Court's Order Re: Cross-Motions for Summary Judgment (Dkt. 322) and Order Re: *Daubert* Motions (Dkt. 325) are vacated.

Plaintiffs/Counterclaim Defendants' unopposed motion to vacate the Court's interlocutory order denying the parties' cross-motions for summary judgment is GRANTED. In light of the parties' settlement of the case in full, good cause exists to vacate the order.

**IT IS SO ORDERD.**

Dated: Sept. 8, 2026

By: ______________________________
THE ... T CORLEY

